UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

**RE:   Josephine FRANEY**
**Docket Number:  2:99CR00424-06**
**REQUEST TO TRAVEL OUT OF THE**
**CONTINENTAL UNITED STATES**

Your Honor:

Josephine Franey was sentenced by Your Honor on May 21, 2003, to a 32-month term of imprisonment following her conviction for violation of 21 USC 843(b) - Use of a Communication Facility.  On September 24, 2004, she was released from custody to a 12-month term of supervised release.  She is being supervised in the District of Nevada.

Franey seeks permission from the Court to travel outside of the continental United States, specifically LaCruz, Mexico, between December 6 and 15, 2005.  The purpose of her travel is for a family vacation.  The supervising probation officer in the District of Nevada does not object to Franey traveling to Mexico at that time.  She is current with all obligations and has complied with all conditions of supervision.

Honorable William B. Shubb                                              Re: Josephine Franey
August 31, 2005
Page 2


The probation office in this district recommends that her request to travel to Hawaii be approved.

If you wish to discuss this request further, please contact me at (916) 930-4318.

                        Respectfully submitted,


                         /s/ karen a. meusling
                        **KAREN A. MEUSLING**
                        **Supervising United States Probation Officer**


cc:   Mary L Grad
      Assistant United States Attorney

      Linda Harter
      Assistant Federal Defender

_____

**ORDER OF THE COURT:**

**Approved** _X_

September 1, 2005

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE


Rev. 02/2002
CHAR-REF.MRG